**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FERNANDO C. TAMEZ; and** **NORMA TAMEZ**, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | EP-23-CV-00416-DCG |
| | § | |
| **NATIONWIDE GENERAL** **INSURANCE COMPANY**, | § § § | |
| *Defendant*. | § § | |

## ORDER DISMISSING CASE

Pursuant to the parties' "Agreed Stipulation of Dismissal With Prejudice" (ECF No. 20), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**. Each party shall bear its own costs.

The Court **DENIES** "Defendant Nationwide General Insurance Company's Opposed Motion to Deny Plaintiffs' Claim for Attorney's Fees" (ECF No. 10) as **MOOT**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 13th day of June 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**